UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ZINNERMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CLENTON TAXDHAL, et al.,<br><br>        Defendants. | Case No. 24-cv-00141-VC<br><br>**ORDER DENYING EMERGENCY MOTION FOR INJUNCTIVE RELIEF**<br><br>Re: Dkt. No. 8 |

The plaintiff's emergency motion for injunctive relief is denied because it does not appear that any of the defendants have been served in the case and, in any event, the plaintiff has not demonstrated a likelihood of success on the merits to warrant a preliminary injunction.

**IT IS SO ORDERED.**

Dated: March 1, 2024

_____

VINCE CHHABRIA
United States District Judge