UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ZINNERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLENTON TAXDHAL, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00141-VC<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 24 |

　　Zinnerman's request for leave to amend his complaint and his request for a preliminary injunction are both denied as moot. *See* Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____

VINCE CHHABRIA
United States District Judge