UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ZINNERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLENTON TAXDHAL, et al.,<br><br>　　　　Defendant. | 24-cv-00141-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 35. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
VINCE CHHABRIA
United States District Judge